Argued November 15, 1967. *Stephen D. Marriner*, with him *McCreight, Marriner & McCreight*, for appellant; *Samuel L. Rodgers*, with him *Rodgers and Roney*, for appellee; *Francis H. Patrono*, with him *Patrono, Ceisler and Edwards*, for appellee.

Judgment affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.

## Coffman Unemployment Compensation Case.

Argued November 15, 1967. *Dan Coffman*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *William C. Sennett*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.

## Commonwealth ex rel. Lightcap et al. *v.* Lightcap (et al., Appellant).

Argued November 14, 1967. *G. W. Musser*, for appellant; *Robert E. Wayman*, with him *Edwin M. Clark, Jr.*, and *Wayman, Irvin, Trushel & McAuley*, and *Holsinger & Clark*, for appellee.

Order affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.